**DISMISS and Opinion Filed November 26, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00928-CV**

**IN THE MATTER OF C.N., A JUVENILE**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-32199-W**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On October 7, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the notice of appeal was not timely. We directed appellant to file a letter brief addressing our jurisdictional concern no later than October 28, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief addressing our jurisdictional concern or otherwise corresponded with the Court concerning the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240928F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE MATTER OF C.N., A JUVENILE, Appellant

No. 05-24-00928-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas Trial Court Cause No. JD-32199-W. Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 26, 2024